

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2019

No. 04-19-00390-CR

Lawrence **CLOUD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR10736
Honorable Ron Rangel, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 24, 2019.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2019.

Keith E. Hottle, Clerk of Court